IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| CHARLES D. RAWLINGS, | * |
| Plaintiff, | * |
| | *   Civil Action No. S-00-CV-1702 |
| v. | * |
| MAYOR & CITY COUNCIL OF BALTIMORE, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE AND WITHDRAWAL OF APPEARANCE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 101.2, Veronica P. Jones, Assistant Solicitor for Defendant, Mayor and City Council of Baltimore, respectfully requests that this Honorable Court strike her appearance in the above-captioned matter. Counsel further requests that this Honorable Court enter the appearance of Deborah K. St. Lawrence, Associate Solicitor, on behalf of Defendant, Mayor and City Council of Baltimore.

Respectfully submitted,

Veronica P. Jones (#024811)
Assistant Solicitor
Department of Law
126 City Hall
100 North Holliday Street
Baltimore, Maryland 21202
(410) 396-3224

*Deborah K. St. Lawrence /vpj*
Deborah K. St. Lawrence (#025052)
Associate Solicitor
Department of Law
136 City Hall
100 N. Holliday Street
Baltimore, Maryland 21202
(410) 396-3960

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May 2001, a copy of Defendant's Entry of Appearance and Withdrawal of Appearance was mailed first class, postage prepaid to Jason E. Miles, Esquire, Metroplex II, 8401 Corporate Drive, Suite 440, Landover, MD 20785, Attorney for Plaintiff.

*Veronica P. Jones*
Veronica P. Jones
Assistant Solicitor